UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20215 CR-SCOLA/TORRES

IN RE SEALED INDICTMENT
_____/



FILED BY _____ D.C.
APR 23 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned United States Attorney, and respectfully requests that the indictment, arrest warrant, and any resulting order be SEALED until the arrest of the defendant or until further order of this court, excepting the United States Attorney's Office and any relevant law enforcement agency, which may obtain copies of any indictment, arrest warrant, or other sealed document for purposes of arrest, extradition, or any other necessary cause, for the reasons that the named defendant may flee and the integrity of the ongoing investigation may be compromised should knowledge of this indictment become public.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: _____
AIMEE C. JIMENEZ
Assistant United States Attorney
Court No. A5500795
United States Attorney's Office
99 NE 4th Street, 4th Floor
Miami, FL 33132
Tel.: 305.961.9028
Email: Aimee.Jimenez@usdoj.gov