# MINUTE ORDER

Page 3

## Magistrate Judge Edwin G. Torres

King Building Courtroom 10-5     Date: 5/15/2019    Time: 2:00 p.m.

Defendant: NADYS MARTINEZ    J#: (B) MD/FL    Case #: 19-20215-CR-SCOLA

AUSA: Aimee Jimenez      Attorney:

Violation: CONSP/COMMIT HEALTH CARE/WIRE FRAUD    Surr/Arrest Date:    YOB:

Proceeding: Initial Appearance      CJA Appt:

Bond/PTD Held: ◯ Yes ◯ No    Recommended Bond:

**Bond Set**    $200,000 personal surety      Co-signed by:

- [x] *Surrender and/or do not obtain passports/travel docs*    Language: SPANISH
- [x] *Report to PTS as directed*/or ____ x's a week/month by phone: ____ x's a week/month in person
- [ ] Random urine testing by Pretrial Services / Treatment as deemed necessary
- [x] *Refrain from excessive use of alcohol/narcotics*
- [ ] Participate in mental health assessment & treatment
- [x] *Maintain or seek full-time employment NOT in health care*
- [ ] No contact with victims/witnesses, except through counsel
- [x] *No firearms*
- [ ] Not to encumber property
- [x] *May not visit transportation establishments except for travel to MD/FL*
- [x] *Home Confinement with GPS* and/or Curfew ____ pm to ____ am, *paid by* Defendant
- [x] *Allowances: Medical needs, court appearances, attorney visits, religious, employment*
- [x] *Travel extended to:* SD/FL and MD/FL
- [x] *Other:* Reside with sister in Cape Coral, FL

Disposition: Defendant states Greg Ream is her counsel 239-689-1096 (Clerk to contact)   The Court **ADOPTS** the bond as set in the MD/FL with all conditions.

Time from today to ____ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| **Report RE Counsel:** | 5/22/19 | 10:00 | Miami Duty | |
| PTD/Bond Hearing: | | | | |
| **Arraignment:** | 5/22/19 | 10:00 | Miami Duty | |
| Status Conference RE: | | | | |

D.A.R. 14:11:37      Time in Court: 5

s/Edwin G. Torres      Magistrate Judge