United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America,<br>Plaintiff<br><br>v.<br><br>Nadys Martinez,<br>Armando Lorenzo,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Criminal Case No. 19-20215-CR-Scola

### **Order Continuing Trial**

**This Cause** came before the Court on Defendant Armando Lorenzo's Unopposed Motion to Continue Trial, filed June 17, 2019.  Nadys Martinez, co-defendant, joins in this motion and the Government does not oppose the request for continuance.  The Court has considered the Motion, the arguments presented by Counsel, and being otherwise fully advised, it is

**Ordered and Adjudged** that Defendant Lorenzo's Motion (**ECF No. 31**) is **granted**.  The interests of justice served by a continuance outweigh any interest of the public or the Defendant in a speedy trial.  As a result, the period of delay resulting from this continuance — *i.e.*, from the date the Motion was filed, **June 17, 2019**, to and including the date trial commences — is excludable time under the Speedy Trial Act.  *See* 18 U.S.C. § 3161(h)(7).

**The Above Cause** is hereby set for **Jury Trial** before the Honorable Robert N. Scola, Jr., United States District Judge, at **400 North Miami Avenue, Courtroom 12-3, Miami, Florida,** during the two-week trial period that begins on **October 28, 2019 at 9:00 a.m.**  A calendar call will be held on **Tuesday, October 22, 2019 at 9:00 a.m.** at the same location.  **All counsel and defendants are required to be present at the calendar call.**

**Done and Ordered** in Chambers at Miami, Florida, on June 18, 2019.

**Robert N. Scola, Jr.**
**United States District Judge**

cc:    counsel of record