UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                               Case No. 19-20215-CR-SCOLA

NADYS MARTINEZ,

    Defendant.
_____/

## AGREED ORDER MODIFYING CONDITIONS OF RELEASE

This matter came before the Court on Defendant's Motion to Modify Pre-Trial Release Conditions. After being full advised the Court GRANTS the Motion and ORDERS as follows:

1. Defendant is permitted to move to Miami to reside at the following address:

    3120 Northwest 100th Street
    Miami, FL 33147

2. The appearance bond cosigner/surety is amended to be Mr. Alfredo Gonzalez.

3. The third-party custodian is amended to be Mr. Alfredo Gonzalez.

4. All other terms and conditions of Pre-Trial release previously ordered shall remain in effect and unchanged.

DONE and ORDERED at Miami, Florida this ___3___ day of July 2019.

_____
Robert N. Scola Jr.
District Court Judge