# MINUTE ORDER

Page 6

## Magistrate Judge Lauren F. Louis

**Atkins Building Courthouse - 11th Floor**    Date: 7/22/2019    Time: 1:30 p.m.

Defendant: NADYS MARTINEZ    J#: 72081-018    Case #: 19-20215-CR-SCOLA
AUSA: Brooke Watson    Attorney: Patrick Mclain (Perm)
Violation: BOND VIOLATION
Surr/Arrest Date: 7/19/2019    YOB: 1964

Proceeding: Initial Appearance    CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond:
Bond Set at:    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
   Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
NO BOND recommended by USPO.

Defendant advised of rights and charges

All further proceedings to occur before Judge Scola per warrant

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 14:07:30    Time in Court: 5 mins

s/Lauren F. Louis    Magistrate Judge